ACCEPTED
08-14-00153-CR
EIGHTH COURT OF APPEALS
EL PASO, TEXAS
8/24/2015 5:37:48 PM
DENISE PACHECO
CLERK

No. 08-14-00153-CR

**IN THE COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS**

FILED IN
8th COURT OF APPEALS
EL PASO, TEXAS
8/24/2015 5:37:48 PM
DENISE PACHECO
Clerk

**RICARDO ZUNIGA**                                        **APPELLANT**

**V.**

**THE STATE OF TEXAS**                                        **APPELLEE**

---

**APPELLANT'S FOURTH MOTION FOR EXTENSION OF TIME
TO FILE REPLY BRIEF**

TO THE HONORABLE COURT OF APPEALS,

Appellant moves this Court to grant an extension of time to file Appellant's Reply Brief. In support of this motion, Appellant would show the following:

a. The deadline for filing Appellant's Reply Brief is August 24, 2015.

b. Appellant requests an extension of 14 days until September 7, 2015.

c. This is Appellant's fourth request for an extension.

d. Counsel requests an extension for the following reasons:

1. Counsel is currently in a jury trial that began August 24, 2015 in the case styled *State vs. Pichardo,* cause number 20150D03638 out of the 168th District Court in El Paso County, Texas

2. Counsel prepared appellant's brief to this Court and filed the brief on

−1−

August 21, 2015 in the case styled *In the Matter of the Expunction of EL,* court of appeals number 08-15-00092-CV.

3. Counsel prepared for a protective order final hearing set for August 14, 2015 in the case styled *State vs. Portillo*, cause number 2015DCM4020 out of the 65th District Court in El Paso County, Texas.

4. Counsel prepared for a pretrial hearing set for August 13, 2015 in the case styled *State vs. Pichardo,* cause number 20150D03638 out of the 168th District Court in El Paso County, Texas

5. Counsel prepared for a plea hearing set for August 13, 2015 in the case styled *State vs. Lares,* cause numbers 2015D02396 out of the 41st District Court in El Paso County, Texas.

6. Counsel served as D.I.M.S. defense attorney on August 13, 2015 in the Jail Magistrate Court of El Paso County, Texas.

7. Counsel prepared for a motion to suppress evidentiary hearing set for August 6, 2015 in the case styled *State vs. Arellano,* cause number 20140C12418 out of County Criminal Court at Law Number One in El Paso County, Texas.

8. Counsel prepared for an early dismissal of probation case set for August 6, 2015 in the case styled *State vs. Calderon* cause number 20140D02223 out of the 346th District Court in El Paso County, Texas.

9. Counsel is preparing appellant's brief to this Court due August 27 in the case styled *In the Matter of P.M., a Juvenile,* court of appeals number 08-15-00038-CV

10. Counsel is preparing appellees's brief to this Court due September 7, 2015 in the case styled *In the Matter of the Expunction of J.F.*, court of appeals number 08-15-00046-CV.

PRAYER

Appellant prays the Court grant this motion and extend the deadline for filing Appellant's Brief to September 7, 2015.

Respectfully submitted,

/s/ Ruben P. Morales
Ruben P. Morales
Attorney for Appellant
Texas Bar No. 14419100
718 Myrtle Ave.
El Paso, Texas 79901
915 - 542 - 0388
915 - 225-5132 fax
rbnpmrls@gmail.com

## Certificate of Service

I certify that a copy of Appellant's Motion for Extension of Time to File Appellant's Reply Brief was delivered to the El Paso County District Attorney's Office, Attorney for Appellee, at 500 E. San Antonio, El Paso, Texas 79901 on August 24, 2015.

/s/ Ruben P. Morales
Ruben P. Morales